UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALDEZ,<br><br>          Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | 1:14-cv-00334-LJO-GSA-PC<br><br>ORDER IN ACCORDANCE WITH NINTH CIRCUIT'S ORDER ISSUED ON JUNE 6, 2016<br>(ECF No. 17.)<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983, WITHOUT PREJUDICE TO FILING A PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Juan Valdez ("Plaintiff"), a federal prisoner proceeding pro se, filed this civil rights action pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), on March 10, 2014. (ECF No. 1.) On January 28, 2015, findings and recommendations were entered by the Magistrate Judge, recommending that Plaintiff's claims be dismissed, with prejudice, for failure to state a claim. (ECF No. 8.) On February 27, 2015, the findings and recommendations were adopted by the District Judge, dismissing Plaintiff's claims, *with prejudice*, for failure to state a claim. (ECF No. 10.) Judgment was entered, and the case was closed. (ECF No. 11.)

      On March 11, 2015, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 12.) On June 6, 2015, the Ninth Circuit vacated the judgment and

1

remanded the case with instructions for the district court to dismiss Plaintiff's claims *without prejudice*. (ECF No. 17.) The Ninth Circuit cited <u>Trimble v. City of Santa Rosa</u>, 49 F.3d 583, 586 (9th Cir. 1995) (where a plaintiff erroneously brings habeas claims in a civil rights action, the district court should "state that the prisoner's claims must be addressed in a habeas petition, and dismiss the [civil rights] claims without prejudice"); *id.* at 585 (dismissals under *Heck* are "required to be without prejudice so that [the plaintiff] may reassert his claims if he ever succeeds in invalidating his conviction"). (ECF No. 17 at 3.) On August 2, 2016, the Ninth Circuit issued the mandate. (ECF No. 18.)

This case has been reopened at the district court. In accordance with the Ninth Circuit's order of June 6, 2016, this Court shall now dismiss Plaintiff's claims in this action for failure to state a claim under 42 U.S.C. § 1983, *without prejudice* to filing a petition for writ of habeas corpus.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that

1. Plaintiff's claims in this action are DISMISSED for failure to state a claim under 42 U.S.C. § 1983, without prejudice to filing a petition for writ of habeas corpus; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 23, 2016**         /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE